IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CV-367-FL

ILA P. WYNNE for
DARRELL W. PENNELL
    Plaintiff

  v.                           **ORDER**

MICHAEL J. ASTRUE
Commissioner of Social Security
    Defendant

    Upon application of the plaintiff, and with no objection by defendant,

    It is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $3,360.00, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. Section 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

    This 21st day of July 2010

                                            LOUISE W. FLANAGAN
                                            Chief United States District Judge